Alonzo M. Fuller, appellant, v. Charles T. Luckow and The Globe Laundry Company, appellees. Gen. No. 30,047.

Trespass for removing machinery from plaintiff's building. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Geo. W. Wilbur, for appellant. Ranes & Lowenthal, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Hyman Horwitz, trading as H. Horwitz Company, appellant, v. First State Pawners Society, appellee. Gen. No. 30,063.

Replevin with count in trover for value of ring. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Samuel Micon, for appellant; Arthur W. Dixon, of counsel. Scott, Bancroft, Martin & MacLeish, for appellee; Charles M. Price, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Richard Dykstra, a minor, by his mother and next friend Anna Faber, appellee, v. City of Chicago, appellant. Gen. No. 30,084.

Action for personal injuries in automobile collision. Judgment upon verdict for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Francis X. Busch, Corporation Counsel, and John J. Kelly, for appellant; Earl B. Dickerson and Gilbert W. Morgan, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Ernest M. Hann and Rudolph T. Anderson, trading as Hann & Anderson, appellees, v. Montmartre Cafe, Inc., appellant. Gen. No. 30,112.

Action upon note. Judgment *pro confesso* for plaintiff. Appeal from order denying motion to vacate and for leave to defend. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed November 23, 1925.

Dulsky, Friedman & Schimberg, for appellant; Harold J. Finder, of counsel. Bernard J. Juron, for appellees.

Mr. Justice McSurely delivered the opinion of the court.